IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL'S AUTOMOTIVE SERVICE, )
INC.,                        )
    Appellant,              ) Civil Action No. 08-994
                             )
    v.                       ) Procedural Order for
                             )  Bankruptcy Appeals
KAREN S. SWANEY, ET AL.,     )
    Appellees.              )

## ORDER

The above action seeks review of a decision by the United States Bankruptcy Court for the Western District of Pennsylvania. In accordance with Bankruptcy Rules 8009 and 8010, IT IS HEREBY ORDERED that the parties shall proceed as follows:

    (1)    The appellant shall serve and file their brief by August 20, 2008;

    (2)    The appellees shall serve and file their brief by September 4, 2008;

    (3)    The appellant may serve and file a reply brief by September 15, 2008

    (4)    No extensions of time will be permitted without order of the Court.

                                      BY THE COURT:

                                      s/Gary L. Lancaster
                                      Gary L. Lancaster,
                                      United States District Judge

Dated: August 5, 2008

cc: All parties of record