# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL'S AUTOMOTIVE SERVICE, INC.** | Civil Action No. 08-994 |
| Appellant | |
| vs. | Related to Bkrtcy No. 04-26290 BM |
| **DLJ MORTGAGE CAPITAL, INC., its successors and/or assigns, Karen S. Swaney Earl Swaney, II and Lisa M. Swope, Trustee** | |
| Appellees | |

## ORDER OF COURT

**AND NOW,** this 29th day of August, 2008, upon consideration of Appellant's Motion to Dismiss Appeal, IT IS HEREBY ORDERED that the motion is GRANTED and the above captioned bankruptcy appeal is hereby DISMISSED.

                                                **BY THE COURT,**

                                                s/Gary L. Lancaster
                                                **Gary L. Lancaster**
                                                **United States District Judge**